IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
TAMPA DIVISION

FERNANDO PEREZ,

      Plaintiff,

vs.                                                  Case No. 1:25-cv-21041-BB

STRUCTURAL BUILDERS &
RESTORATIONS, LLC,
a Florida limited liability company
and YOSBANY BALLATE,

      Defendants.

_____/

**STRUCTURAL BUILDERS & RESTORATIONS, LLC AND YOSBANY
BALLATE'S ANSWER TO COMPLAINT**

Defendants, Structural Builders Restorations, LLC ("SBR"), and Yosbany

Ballate (collectively, the "Defendants"), hereby file their Answer to Plaintiff

Fernando Perez's (the "Plaintiff") Complaint, and in support thereof, states as

follows:

**PARTIES, JURISDICTION & VENUE**

1.      Admitted that SBR is duly authorized and existing under the laws of

the State of Florida; denied that it conducts any business operations.[1]

2.      Admitted for jurisdictional and venue purposes only; denied that Perez is an employee of SBR; otherwise, denied.

3.      Admitted SBR is a limited liability company and Ballate a Miami-Dade County resident; denied that SBR conducts any business operations or is engaged in interstate commerce; denied that Perez was employed by SBR or Ballate; otherwise, denied.

4.      Denied.

5.      Admitted for jurisdictional and venue purposes only; otherwise denied.

## GENERAL ALLEGATIONS COMMON TO ALL COUNTS

6.      Denied.

7.      Denied.

8.      Denied.

9.      Denied.

10.      Without knowledge; therefore, denied.

---

[1] Mr. Perez was employed by a different, but related, company: CMC Contractors, LLC d/b/a Structural-Builders & Restorations, LLC ("CMC"). CMC operates under a fictitious name similar to SBR's name. Although SBR is an active Florida limited liability company, it does not conduct any business operations or have any employees.

## <u>COUNT I: UNPAID OVERTIME (CORPORATE DEFENDANT - FLSA)</u>

11.     SBR adopts and re-alleges its responses to paragraphs 1 through 10 as though fully set forth therein.

12.     Denied.

13.     Admitted for jurisdictional purposes that the Plaintiff brought this action pursuant to 29 U.S.C. § 201 et seq. and that the code speaks for itself; otherwise denied.

14.     Denied.

15.     Denied.

16.     Denied.

17.     Denied.

18.     Denied.

19.     Denied.

20.     Denied.

21.     Denied.

22.     Without knowledge; therefore, denied.

23.     Without knowledge; therefore, denied.

24.     Denied.

25.     Denied.

26.     Denied.

27.     Without knowledge; therefore, denied.

### COUNT II: UNPAID OVERTIME (INDIVIDUAL DEFENDANT) - FLSA

28.     Ballate adopts and re-alleges his responses to paragraphs 1 through 10 as though fully set forth therein.

29.     Denied Perez is a covered employee of SBR because SBR has no employees.

30.     Admitted Ballate is the owner and manager of SBR; otherwise, denied.

31.     Admitted Ballate is the owner and manager of SBR; otherwise, denied.

32.     Denied.

33.     Without knowledge; therefore, denied.

WHEREFORE, Structural Builders Restorations, LLC, and Yosbany Ballate demand judgment against Fernando Perez, that Mr. Perez take nothing on his claims, that Defendants be awarded their attorney's fees and costs associated with

the defense of this action, and for such other and further relief that this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **5th** day of **May 2025**, a copy of the foregoing was filed with the Clerk of the Court via the CMF/ECF System which will serve notice of electronic filing to all parties of record.

Respectfully submitted,

**VLP COPENHAVER ESPINO**
*Attorneys for Structural Builders & Restorations, LLC and Yosbany Ballate*
2121 Ponce de Leon Blvd., Suite 310
Coral Gables, Florida 33134
Phone: (305) 443-2043
Fax: (305) 443-2048

By: */s/ Alejandro Espino*
**ALEJANDRO ESPINO, B.C.S.**
Florida Bar No. 114431
E-mail: AEspino@VLPLaw.com
        YPortelles@VLPLaw.com
        VLPCEpleadings@gmail.com
**CHRISTINA LAWRENCE STRANDELL, ESQ.**
Florida Bar No. 68001
E-mail: CStrandell@VLPLaw.com